# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 695 |
| | : | |
| ORDER APPROVING THE | : | SUPREME COURT RULES |
| REVISION OF COMMENTS TO | : | |
| RULE 136 AND RULE 1136 OF | : | DOCKET |
| THE PENNSYLVANIA | : | |
| RULES OF JUVENILE COURT | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of April, 2016, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Comments to Rule 136 and Rule 1136 of the Pennsylvania Rules of Juvenile Court Procedure are revised in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.